# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| San Carlos Apache Tribe,<br><br>Plaintiff,<br><br>v.<br><br>United States Forest Service, et al.,<br><br>Defendants. | No. CV-21-00068-PHX-DWL<br><br>**ORDER** |

    IT IS ORDERED that the motion of Resolution Copper Mining, LLC ("Resolution") to intervene as a defendant in this case (Doc. 5) is granted.

    IT IS FURTHER ORDERED that the Clerk of Court shall file Resolution's proposed form of Answer (Doc. 6).

    Dated this 2nd day of February, 2021.

_____
Dominic W. Lanza
United States District Judge