Alexander B. Ritchie, Attorney General
Arizona Bar No. 019579
Justine R. Jimmie
Arizona Bar No. 019148
Chase A. Velasquez
New Mexico Bar No. 148293 (*pro hac vice*)
SAN CARLOS APACHE TRIBE
P.O. Box 40
San Carlos, AZ 85550
Tel.  (928) 475-3344
Fax: (928) 475-3348
E-M: alex.ritchie@scat-nsn.gov
justine.jimmie@scat-nsn.gov
chase.velasquez@scat-nsn.gov

Attorneys for Plaintiff San Carlos Apache Tribe

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| San Carlos Apache Tribe, a federally recognized Tribe,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>United States Forest Service, *et al.*,<br><br>　　　　　　　　Defendants. | No. CV-21-0068-PHX-DWL<br><br>**JOINT STIPULATION ON PLAINTIFF SAN CARLOS APACHE TRIBE'S MOTION FOR PRELIMINARY INJUNCTION** |

　　　　Plaintiff San Carlos Apache Tribe ("Tribe"), and the U.S. Forest Service, et al. ("Federal Defendants") hereby submit this Joint Stipulation regarding Plaintiff's Motion for Preliminary Injunction (ECF No. 29, Feb. 20, 2021). This Court held a scheduling conference regarding the Motion on February 22, 2021, and issued a Minute Entry setting a schedule for further briefing and an evidentiary hearing on the Motion for March 9, 2021. *See* Minute Order, ECF No. 33.

1

On March 3, 2021, Federal Defendants filed their "Response in Opposition to Plaintiff's' Motion for Preliminary Injunction and Notice of Superseding Agency Action" (ECF No. 36) ("Notice"). In that Notice, Federal Defendants informed the Court that the challenged Final Environmental Impact Statement ("FEIS") and Draft Record of Decision ("DROD"), as well as the January 15, 2021 Notice of Availability for the FEIS, were being rescinded by the Federal Defendants "in order to reinitiate consultation with Tribes and ensure impacts have been fully analyzed." (ECF No. 36 at p. 1.) The Notice was based on the agency's public statement on March 1, 2021, which provides that, "The recent Presidential Memorandum on tribal consultation and strengthening nation to nation relationships counsels in favor of ensuring the Forest Service has complied with the environmental, cultural, and archaeological analyses required."  USDA Forest Service "Project Update" *available at* https://www.resolutionmineeis.us/.

"In light of the withdrawal of the FEIS, the land exchange that had been slated to occur on or before March 16, 2021, and is the subject of Plaintiff's Motion for a Preliminary Injunction (ECF No. 29), will not go forward until a new FEIS is published and, consequently, will not occur on the date anticipated by the Plaintiffs when they filed their motion." (ECF No. 36 at p. 1.) The Notice further stated that the Federal Defendants' decision was made because "additional time is necessary to fully understand concerns raised by Tribes and the public and the project's impacts to these important resources and ensure the agency's compliance with federal law." (ECF No. 36 at p. 2.)

The Notice stated that: "The Forest Service will provide 30 days' notice before publishing any future FEIS." (ECF No. 36 at p. 3.) "If the Tribe is not satisfied with the

new FEIS, it will have the opportunity to seek appropriate relief—including interim relief—at that time." (ECF No. 36 at 3.) However, Federal Defendants have agreed to provide the Tribe and the public with 60 days' notice before publishing any future FEIS and DROD for the subject Land Exchange and Project is issued.

In light of these filings, the Tribe is filing, on this date, its Notice of Withdrawal of Plaintiff's Motion for Preliminary Injunction.

Accordingly, Plaintiff and Federal Defendants have conferred and do not object to the vacation of the scheduled hearing on March 9, 2021.

RESPECTFULLY SUBMITTED this 8th day of March 2021.

/s/ Alexander B. Ritchie
Alexander B. Ritchie (AZBN 019579)
Attorney General
E-m: Alex.ritchie@scat-nsn.gov

/s/ Justine R. Jimmie
Justine Jimmie (AZBN 019148)
Deputy Attorney General
E-m: Justine.jimmie@scat-nsn.gov

/s/ Chase A. Velasquez
Chase A. Velasquez (NMBN 148294)
(*pro hac vice*)
Assistant Attorney General
E-m: chase.velasquez@scat-nsn.gov

San Carlos Apache Tribe
Department of Justice
Post Office Box 40
San Carlos, Arizona 85550
Tel. (928) 475-3344
*Attorneys for Plaintiff*

JEAN E. WILLIAMS
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
*/s/ Erika Norman*
Erika Norman
Trial Attorney
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-0475
Erika.Norman@usdoj.gov
Attorneys for Federal Defendants

CERTIFICATE OF SERVICE

I, Chase Velasquez, hereby attest that the foregoing was filed via this Court's ECF filing system, under which counsel for all parties were served, this 8th day of March, 2021.

*/s/ Chase Velasquez*