IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| San Carlos Apache Tribe,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States Forest Service, et al.,<br><br>　　　　Defendants. | No. CV-21-00068-PHX-DWL<br><br>**ORDER** |

**IT IS ORDERED** that Plaintiff and Federal Defendants' Joint Motion to Stay Proceedings (Doc. 46) is **granted**. This action is **stayed** pending the Forest Service's publication of a future Final Environmental Impact Statement ("FEIS") and Draft Record of Decision ("DROD") for the Resolution Copper Project and Land Exchange.

**IT IS FURTHER ORDERED** that, pursuant to the Joint Stipulation between Plaintiffs and the Federal Defendants (Doc. 40), the Forest Service will (1) provide 60 days' notice to Plaintiff's counsel and the public before any Notice of Availability of the FEIS is published in the Federal Register for the subject Land Exchange and Project and (2) file such notice with this Court.

**IT IS FURTHER ORDERED** that, within ten days of the issuance of the notice described in the paragraph above, the parties will jointly propose a schedule for the filing of Plaintiff's amended complaint and for briefing any motion for temporary restraining order or preliminary injunction, with the goal of providing the Court sufficient time to hold oral argument and rule on any such motion prior to the Forest Service's anticipated date of conveyance of the federal lands.

1      **IT IS FURTHER ORDERED** that the parties shall submit a status report to this Court 12 weeks from the date of this Order and every 12 weeks thereafter.

Dated this 23rd day of March, 2021.

_____
Dominic W. Lanza
United States District Judge