JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

REUBEN S. SCHIFMAN
TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-4224 (Schifman)
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| San Carlos Apache Tribe,<br><br>Plaintiff.<br><br>vs.<br><br>United States Forest Service, *et al*.,<br><br>Defendants. | NO. CV-21-00068-PHX-DWL<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order (ECF No. 47), Plaintiff and Federal Defendants submit the following Joint Status Report:[1]

On January 15, 2021, the Forest Service published the Final Environmental Impact Statement ("FEIS") and Draft Record of Decision ("DROD") for the Resolution Copper Project and Land Exchange. On January 14, 2021, Plaintiff filed a Complaint (ECF No. 1) challenging the legality of the FEIS and related Forest Service actions and omissions. Plaintiff also filed a Motion for Preliminary Injunction (ECF No. 29) to block the Exchange. Resolution Copper Mining, LLC ("Resolution") intervened. Subsequently, on March 1, 2021, the Forest Service informed Plaintiff, via email, that it was rescinding the challenged FEIS and DROD. On March 3, 2021, the Federal Defendants filed Notice of Superseding Agency Action and Opposition to Plaintiff's Motion for a Preliminary Injunction (ECF No. 36).

In that Notice, the Federal Defendants stated that the proposed Land Exchange would not go forward "until the FEIS is re-published," which would be "at least several months" from now. *Id.* at 3. Plaintiff and the Federal Defendants then entered a Joint Stipulation on March 8, 2021, obviating the need for a hearing on Plaintiff's Injunction Motion (ECF No. 40). Plaintiff then filed a Notice withdrawing its Motion for Preliminary Injunction (ECF No. 41), which was acknowledged by this Court (ECF No. 42). Plaintiff and Federal Defendants then jointly requested that this case be stayed pending the Forest Service's issuance of a future FEIS and DROD, which the Court granted. ECF Nos. 46-47. The Forest Service will provide at least 60 days' notice to Plaintiff's counsel and the public before any future FEIS and DROD for the subject Land Exchange and Project is issued. The Forest Service will also file such notice with this

---

[1] Counsel for Resolution has stated to counsel for Plaintiff and Federal Defendants that Resolution does not concede that Federal Defendants had authority under the NDAA to rescind publication of the FEIS. Resolution does not join this Joint Status Report and takes no position on the Joint Status Report.

1

Court. The Court's Order staying the case directs the Parties to submit a status report every twelve weeks to apprise the court of any developments.

Federal Defendants rescinded the FEIS and DROD "in order to reinitiate consultation with Tribes and ensure impacts have been fully analyzed." ECF No. 36 at 1. The agency is reviewing prior consultation efforts and expects to renew consultation in the upcoming weeks. In accordance with the Court's Order, Defendants will provide 60 days' notice to Plaintiff's counsel, the public, and this Court before any future FEIS and DROD for the subject Land Exchange and Project is issued. The Parties will provide another Joint Status Report in twelve weeks.

Submitted this 15th day of June, 2021,

JEAN E. WILLIAMS
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ Erika Norman
Reuben Schifman
Tyler Alexander
Erika Norman
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-4224 (Schifman)
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Tyler.alexander@usdoj.gov
Erika.norman@usdoj.gov

*Attorneys for Federal Defendants*

/s/ Alexander B. Ritchie
Alexander B. Ritchie (AZBN 019579)
Attorney General
E-m: Alex.ritchie@scat-nsn.gov

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Justine R. Jimmie
Justine Jimmie (AZBN 019148)
Deputy Attorney General
E-m: Justine.jimmie@scat-nsn.gov

/s/ Chase A. Velasquez
Chase A. Velasquez (NMBN 148294)
Assistant Attorney General (pro hac vice)
E-m: chase.velasquez@scat-nsn.gov
San Carlos Apache Tribe
Department of Justice
Post Office Box 40
San Carlos, Arizona 85550
Tel. (928) 475-3344

*Attorneys for Plaintiff*