TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

REUBEN S. SCHIFMAN
TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-4224 (Schifman)
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| San Carlos Apache Tribe,<br><br>Plaintiff.<br><br>vs.<br><br>United States Forest Service, *et al.*,<br><br>Defendants. | NO. CV-21-00068-PHX-DWL<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order (ECF No. 47), Plaintiff and Federal Defendants submit the following Joint Status Report:[1]

**Background**

On January 15, 2021, the Forest Service published the Final Environmental Impact Statement ("FEIS") and Draft Record of Decision ("DROD") for the Resolution Copper Project and Land Exchange.  On January 14, 2021, Plaintiff filed a Complaint (ECF No. 1) challenging the legality of the FEIS and related Forest Service actions and omissions.  Plaintiff also filed a Motion for Preliminary Injunction (ECF No. 29) to block the Exchange.  Resolution Copper Mining, LLC ("Resolution") intervened.  Subsequently, on March 1, 2021, the Forest Service informed Plaintiff, via email, that it was rescinding the challenged FEIS and DROD.  On March 3, 2021, the Federal Defendants filed Notice of Superseding Agency Action and Opposition to Plaintiff's Motion for a Preliminary Injunction (ECF No. 36).

In that Notice, the Federal Defendants stated that the proposed Land Exchange would not go forward "until the FEIS is re-published," which would be "at least several months" from now.  *Id.* at 3.  Plaintiff and the Federal Defendants then entered a Joint Stipulation on March 8, 2021, obviating the need for a hearing on Plaintiff's Injunction Motion (ECF No. 40).  Plaintiff then filed a Notice withdrawing its Motion for Preliminary Injunction (ECF No. 41), which was acknowledged by this Court (ECF No. 42).  Plaintiff and Federal Defendants then jointly requested that this case be stayed pending the Forest Service's issuance of a future FEIS and DROD, which the Court granted.  ECF Nos. 46-47.  The Forest Service will provide at least 60 days' notice to Plaintiff's counsel and the public before any future FEIS and DROD for the subject Land Exchange and Project is issued.  The Forest Service will also file such notice with this

---

[1] Counsel for Resolution has stated to counsel for Plaintiff and Federal Defendants that Resolution does not concede that Federal Defendants had authority under the NDAA to rescind publication of the FEIS. Resolution does not join this Joint Status Report and takes no position on the Joint Status Report.

Court. The Court's Order staying the case directs the Parties to submit a status report every twelve weeks to apprise the court of any developments.

**Federal Defendants' Statement**

Federal Defendants rescinded the FEIS and DROD "in order to reinitiate consultation with Tribes and ensure impacts have been fully analyzed." ECF No. 36 at 1. The agency has undertaken a significant effort over the last several months and has now completed its review of prior consultation efforts and developed a plan for reinitiating consultation. The agency expects to issue a formal communication to the Tribes and renew consultation in the upcoming weeks.

In accordance with the Court's Order, Defendants will provide 60 days' notice to Plaintiff's counsel, the public, and this Court before any future FEIS and DROD for the subject Land Exchange and Project is issued. The Parties will provide another Joint Status Report in twelve weeks.

**Plaintiff's Statement**

The U.S. Department of Agriculture's withdrawl of the notice of availability and rescission of the Final Environmental Impact Statement and Draft Record of Decision directed the Forest Service to "re-initiate tribal consultation." ECF 36-2. This one page order directed the "Tonto National Forest in Arizona [to] re-initiate tribal consultation" and instructed the Forest Service to "take appropriate steps to re-initiate consultation[,] [to] undertake this review and keep USDA informed of progress." *Id*. The USDA explained it was "taking this step to provide an opportunity for the agency to conduct a thorough review based on significant input received from collaborators, partners, and the public since these [withdrawn] documents were released." *Id*.

The fact that the Federal Defendants have undertaken some internal review of their prior consultation efforts for the last six months is simply not relevant to re-initiating any tribal consultation. The simple fact is that to date the Federal Defendants have not re-initiated consultation with the Plaintiff Tribe. The USDA March 1, 2021 directive did not direct the Federal Defendants to undertake an internal review of their prior consultation

1 | efforts or conduct some sort of after-action report on their insufficient consultation
2 | efforts.  Only the Federal Defendants can explain why after six months they have failed
3 | to re-initiate tribal consultation as directed by the USDA on March 1, 2021.
4 |     Plaintiff submits that an inquiry into the Federal Defendants' failure to re-initiate
5 | tribal consultation may be appropriate.
6 |     Submitted this 7th day of September, 2021,

    TODD KIM
    Assistant Attorney General
    U.S. Department of Justice
    Environment & Natural Resources Division

    /s/ Erika Norman
    Reuben Schifman
    Tyler Alexander
    Erika Norman
    Trial Attorneys
    Natural Resources Section
    150 M St. NE, Third Floor
    Washington, D.C. 20002
    (202) 305-4224 (Schifman)
    (202) 598-3314 (Alexander)
    (202) 305-0475 (Norman)
    Reuben.Schifman@usdoj.gov
    Tyler.alexander@usdoj.gov
    Erika.norman@usdoj.gov

    *Attorneys for Federal Defendants*

    /s/ Alexander B. Ritchie
    Alexander B. Ritchie (AZBN 019579)
    Attorney General
    E-m: Alex.ritchie@scat-nsn.gov

    /s/ Justine Jimmie
    Justine Jimmie (AZBN 019148)
    Deputy Attorney General
    E-m: Justine.jimmie@scat-nsn.gov

    /s/ Chase A. Velasquez
    Chase A. Velasquez (NMBN 148294)

Assistant Attorney General (pro hac vice)
E-m: chase.velasquez@scat-nsn.gov
San Carlos Apache Tribe
Department of Justice
Post Office Box 40
San Carlos, Arizona 85550
Tel. (928) 475-3344

*Attorneys for Plaintiff*