TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

REUBEN S. SCHIFMAN
TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-4224 (Schifman)
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| San Carlos Apache Tribe,<br><br>Plaintiff.<br><br>vs.<br><br>United States Forest Service, *et al*.,<br><br>Defendants. | NO. CV-21-00068-PHX-DWL<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order (ECF No. 47), Plaintiff and Federal Defendants submit the following Joint Status Report concerning the Final Environmental Impact Statement ("FEIS") and Draft Record of Decision ("DROD") for the Resolution Copper Project and Land Exchange:[1]

As the Court is aware, the Forest Service has rescinded the challenged FEIS and DROD and the Land Exchange for the Resolution Copper Project will not go forward until the FEIS is re-published. Federal Defendants rescinded the FEIS and DROD "in order to reinitiate consultation with Tribes and ensure impacts have been fully analyzed." ECF No. 36 at 1. Since the last Joint Status Report was filed on September 7, 2021, the Forest Service held a listening session with tribal governments on October 19, to inform the format and topics for government-to-government consultation. The Forest Service has been coordinating with Tribes to schedule government-to-government consultation meetings and expects to conduct those meetings in the coming months.

In accordance with the Court's Order, Defendants will provide 60 days' notice to Plaintiff's counsel, the public, and this Court before any future FEIS and DROD for the subject Land Exchange and Project is issued. The Parties will provide another Joint Status Report in twelve weeks.

Submitted this 29th day of November, 2021,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Erika Norman*
Reuben Schifman
Tyler Alexander

---

[1] Counsel for Resolution has stated to counsel for Plaintiff and Federal Defendants that Resolution does not concede that Federal Defendants had authority under the NDAA to rescind publication of the FEIS. Resolution does not join this Joint Status Report and takes no position on the Joint Status Report.

1

Erika Norman
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-4224 (Schifman)
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Tyler.alexander@usdoj.gov
Erika.norman@usdoj.gov

*Attorneys for Federal Defendants*

/s/ *Alexander B. Ritchie*
Alexander B. Ritchie (AZBN 019579)
Attorney General
E-m: Alex.ritchie@scat-nsn.gov

/s/ *Justine Jimmie*
Justine Jimmie (AZBN 019148)
Deputy Attorney General
E-m: Justine.jimmie@scat-nsn.gov

/s/ *Chase A. Velasquez*
Chase A. Velasquez (NMBN 148294)
Assistant Attorney General (pro hac vice)
E-m: chase.velasquez@scat-nsn.gov
San Carlos Apache Tribe
Department of Justice
Post Office Box 40
San Carlos, Arizona 85550
Tel. (928) 475-3344

*Attorneys for Plaintiff*

2