TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

REUBEN S. SCHIFMAN
TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-4224 (Schifman)
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| San Carlos Apache Tribe,<br><br>Plaintiff.<br><br>vs.<br><br>United States Forest Service, *et al.*,<br><br>Defendants. | NO. CV-21-00068-PHX-DWL<br><br>**JOINT STATUS REPORT** |

1    Pursuant to this Court's Order (ECF No. 47), Plaintiff and Federal Defendants submit the following Joint Status Report concerning the Final Environmental Impact Statement ("FEIS") and Draft Record of Decision ("DROD") for the Resolution Copper Project and Land Exchange:[1]

As the Court is aware, the Forest Service has rescinded the challenged FEIS and DROD and the Land Exchange for the Resolution Copper Project will not go forward until the FEIS is re-published. Federal Defendants rescinded the FEIS and DROD "in order to reinitiate consultation with Tribes and ensure impacts have been fully analyzed." ECF No. 36 at 1. Since the last Joint Status Report was filed on November 29, 2021, the Forest Service has engaged in consultation with several tribes, including with the San Carlos Apache Tribe. The Forest Service currently estimates that government-to-government consultation will conclude in the next few months. The Parties have no additional updates to report at this time.

In accordance with the Court's Order, Defendants will provide 60 days' notice to Plaintiff's counsel, the public, and this Court before any future FEIS and DROD for the subject Land Exchange and Project is issued. The Parties will provide another Joint Status Report in twelve weeks.

Submitted this 22nd day of February, 2022,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ Tyler M. Alexander
Reuben Schifman
Tyler Alexander
Erika Norman
Trial Attorneys
Natural Resources Section

---

[1] Counsel for Resolution has stated to counsel for Plaintiff and Federal Defendants that Resolution does not concede that Federal Defendants had authority under the NDAA to rescind publication of the FEIS. Resolution has not joined this Joint Status Report.

1

150 M St. NE, Third Floor
Washington, D.C. 20002
(202) 305-4224 (Schifman)
(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Reuben.Schifman@usdoj.gov
Tyler.alexander@usdoj.gov
Erika.norman@usdoj.gov

*Attorneys for Federal Defendants*

/s/ Alexander B. Ritchie (permission via email)
Alexander B. Ritchie (AZBN 019579)
 Attorney General
 E-m: Alex.ritchie@scat-nsn.gov

 Justine Jimmie (AZBN 019148)
 Deputy Attorney General
 E-m: Justine.jimmie@scat-nsn.gov

Chase A. Velasquez (NMBN 148294)
 Assistant Attorney General (pro hac vice)
 E-m: chase.velasquez@scat-nsn.gov
San Carlos Apache Tribe
Department of Justice
Post Office Box 40
San Carlos, Arizona 85550
Tel. (928) 475-3344

*Attorneys for Plaintiff*

2