TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
 (202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| San Carlos Apache Tribe,<br><br>Plaintiff.<br><br>vs.<br><br>United States Forest Service, *et al*.,<br><br>Defendants. | NO. CV-21-00068-PHX-DWL<br><br>**JOINT STATUS REPORT** |

1     Pursuant to this Court's Order (ECF No. 47), Plaintiff and Federal Defendants submit the following Joint Status Report concerning the Final Environmental Impact Statement ("FEIS") and Draft Record of Decision ("DROD") for the Resolution Copper Project and Land Exchange:[1]

    As the Court is aware, the Forest Service has rescinded the challenged FEIS and DROD and the Land Exchange for the Resolution Copper Project will not go forward until the FEIS is re-published. Since the last Joint Status Report was filed in January 2023, the Forest Service estimates that the environmental analysis will be completed and re-published in late Spring or early Summer 2023. However, Plaintiff contends that meaningful consultation has not yet occurred and impacts have not been fully analyzed pursuant to the Joint Motion for Stay, and thus the publication of the FEIS in late Spring or early Summer 2023 is premature.

    In accordance with the Court's Order, Defendants will provide 60 days' notice to Plaintiff's counsel, the public, and this Court before any future FEIS and DROD for the subject Land Exchange and Project is issued. The Parties will provide another Joint Status Report in twelve weeks.

    Submitted this 17th day of April, 2023,

                      TODD KIM
                        Assistant Attorney General
                        U.S. Department of Justice
                        Environment & Natural Resources Division

                        */s/ Erika Norman*
                        Tyler Alexander
                        Erika Norman
                        Trial Attorneys
                        Natural Resources Section
                        150 M St. NE, Third Floor
                        Washington, D.C. 20002

---

[1] Counsel for Resolution has stated to counsel for Plaintiff and Federal Defendants that Resolution does not concede that Federal Defendants had authority under the NDAA to rescind publication of the FEIS. Resolution is not a party to this status report.

(202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Tyler.alexander@usdoj.gov
Erika.norman@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Alexander B. Ritchie*
Alexander B. Ritchie (AZBN 019579)
Attorney General
E-m: Alex.ritchie@scat-nsn.gov

*/s/ Justine Jimmie*
Justine Jimmie (AZBN 019148)
Deputy Attorney General
E-m: Justine.jimmie@scat-nsn.gov

*/s/ Chase A. Velasquez*
Chase A. Velasquez (NMBN 148294)
Assistant Attorney General (pro hac vice)
E-m: chase.velasquez@scat-nsn.gov
San Carlos Apache Tribe
Department of Justice
Post Office Box 40
San Carlos, Arizona 85550
Tel. (928) 475-3344

*Attorneys for Plaintiff*