| | |
|---|---|
| 1 | Christopher D. Thomas (#010482) |
|   | Andrea J. Driggs (#023633) |
| 2 | PERKINS COIE LLP |
|   | 2901 North Central Avenue, Suite 2000 |
| 3 | Phoenix, Arizona 85012-2788 |
|   | Telephone:   602.351.8000 |
| 4 | Facsimile:    602.648.7000 |
|   | cthomas@perkinscoie.com |
| 5 | adriggs@perkinscoie.com |
|   | docketPHX@perkinscoie.com |

*Attorneys for Defendant-Intervenor Resolution Copper Mining, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| San Carlos Apache Tribe, a federally recognized Tribe, | No. CV-21-0068-PHX-JZB |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL MATTHEW ROJAS ONLY** |
| v. | |
| United States Forest Service, an agency in the U.S. Department of Agriculture; Neil Bosworth, Supervisor of the Tonto National Forest; Tom Torres, Acting Forest Supervisor of the Tonto National Forest, | |
| Defendants. | |
| Resolution Copper Mining, LLC, | |
| Defendant-Intervenor. | |

PLEASE TAKE NOTICE that Matthew L. Rojas hereby withdraws as counsel of record for Defendant-Intervenor Resolution Copper Mining, LLC in the above-captioned case and respectfully requests that service and all electronic filing notices be terminated as to him. Defendant Intervenor Resolution Copper Mining, LLC will continue to be represented by Christopher D. Thomas and Andrea J. Driggs of Perkins Coie LLP, who already appear as attorneys of record in this matter.

| | | |
|---|---|---|
| 1 | Dated: May 4, 2023 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By:/s/ *Christopher D. Thomas* |
| 4 | | Christopher D. Thomas<br>Andrea J. Driggs<br>2901 North Central Avenue, Suite 2000<br>Phoenix, Arizona 85012-2788 |
| 5 | | |
| 6 | | *Attorneys for Defendant-Intervenor*<br>*Resolution Copper Mining, LLC* |

-1-

# CERTIFICATE OF SERVICE

☒   I hereby certify that on May 4, 2023, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alexander B. Ritchie, Attorney General
Justine R. Jimmie
Chase A. Velasquez
San Carlos Apache Tribe
Department of Justice
P.O. Box 40
San Carlos, Arizona 85550

*Attorneys for Plaintiff*

Tyler Alexander
Erika Norman
U.S Department of Justice
Environment & Natural Resources Division
150 M St. NE, Third Floor
Washington, D.C. 20002

*Attorneys for Federal Defendants*

/s/ Shawne Murphy

161637844.1