1  TODD KIM
2  Assistant Attorney General
   United States Department of Justice
3  Environment and Natural Resources Division

4  TYLER M. ALEXANDER
5  ERIKA NORMAN
   Trial Attorneys
6  Natural Resources Section
7  150 M St. NE, Third Floor
   Washington, D.C. 20002
8   (202) 598-3314 (Alexander)
9  (202) 305-0475 (Norman)
   Erika.norman@usdoj.gov
10 Tyler.alexander@usdoj.gov

11
   *Attorneys for Federal Defendants*
12
              **THE UNITED STATES DISTRICT COURT**
13                **DISTRICT OF ARIZONA**
                   **PHOENIX DIVISION**
14

15

16  San Carlos Apache Tribe,                 NO. CV-21-00068-PHX-DWL

17                    Plaintiff.             **JOINT STATUS REPORT**

18         vs.

19  United States Forest Service, *et al*.,

20

21                    Defendants.

22

23

24

25

26

27

28

1    Pursuant to this Court's Order (ECF No. 47), Plaintiff and Federal Defendants

2    submit the following Joint Status Report concerning the Final Environmental Impact

3    Statement ("FEIS") and Draft Record of Decision ("DROD") for the Resolution Copper

4    Project and Land Exchange:[1]

5    As the Court is aware, the Forest Service has rescinded the challenged FEIS and

6    DROD.  The Land Exchange for the Resolution Copper Project continues to remain on

7    hold until the FEIS is re-published.  Federal Defendants rescinded the FEIS and DROD

8    "in order to reinitiate consultation with Tribes and ensure impacts have been fully

9    analyzed."  ECF No. 36 at 1.

10   Since the last Joint Status Report was filed on April 17, 2023, the consulting

11   official for this project along with United States Department of Agriculture and Forest

12   Service leadership conducted a listening session with affected Tribes on April 25.  The

13   Department is currently conducting a thorough review of the consultation record, and

14   environmental and other associated documents, to ensure compliance with applicable

15   laws, regulations, and policies.  Additionally, the Forest Service continues to meet with

16   Tribes and offer additional opportunities for formal consultation regarding

17   implementation of the Southeast Arizona Land Exchange and Conservation Act

18   (SALECA).  The Department has not yet identified a timeframe for completing this broad

19   review and additional steps required by the SALECA.

20   Plaintiff contends that "listening sessions" are not meaningful consultation per se,

21   and that meaningful consultation has not yet occurred.  Plaintiff looks forward to an in-

22   depth series of consultation meetings with Defendant on the FEIS, aspects of the

23   environmental record and other associated documents, as required pursuant to the Joint

24   Motion for Stay.  With respect to the formal consultation referenced in the preceding

25

26

27   [1] Counsel for Resolution has stated to counsel for Plaintiff and Federal Defendants that

28   Resolution does not concede that Federal Defendants had authority under the NDAA to
     rescind publication of the FEIS.  Resolution is not a party to this status report.

1

1  paragraph, the Plaintiff remains unaware of such meetings or opportunities for such

2  formal consultation.

3        In accordance with the Court's Order, Defendants will provide 60 days' notice to

4  Plaintiff's counsel, the public, and this Court before any future FEIS and DROD for the

5  subject Land Exchange and Project is issued.  The Parties will provide another Joint

6  Status Report in twelve weeks.

7

8        Submitted this 10th day of July, 2023,

9                                TODD KIM
                                 Assistant Attorney General
10                               U.S. Department of Justice
11                               Environment & Natural Resources Division

12                               /s/ Erika Norman
13                               Tyler Alexander
                                 Erika Norman
14                               Trial Attorneys
                                 Natural Resources Section
15                               150 M St. NE, Third Floor
16                               Washington, D.C. 20002
                                 (202) 598-3314 (Alexander)
17                               (202) 305-0475 (Norman)
18                               Tyler.alexander@usdoj.gov
                                 Erika.norman@usdoj.gov
19

20                               *Attorneys for Federal Defendants*

21                               /s/ Alexander B. Ritchie
22                               Alexander B. Ritchie (AZBN 019579)
                                 Attorney General
23                               E-m: Alex.ritchie@scat-nsn.gov

24
                                 /s/ Justine Jimmie
25                               Justine Jimmie (AZBN 019148)
                                 Deputy Attorney General
26                               E-m: Justine.jimmie@scat-nsn.gov

27
                                 /s/ Chase A. Velasquez
28                               Chase A. Velasquez (NMBN 148294)

                                        2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Assistant Attorney General (pro hac vice)
E-m: chase.velasquez@scat-nsn.gov
San Carlos Apache Tribe
Department of Justice
Post Office Box 40
San Carlos, Arizona 85550
Tel. (928) 475-3344

*Attorneys for Plaintiff*