TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

TYLER M. ALEXANDER
ERIKA NORMAN
Trial Attorneys
Natural Resources Section
150 M St. NE, Third Floor
Washington, D.C. 20002
 (202) 598-3314 (Alexander)
(202) 305-0475 (Norman)
Erika.norman@usdoj.gov
Tyler.alexander@usdoj.gov

*Attorneys for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| San Carlos Apache Tribe,<br><br>Plaintiff.<br><br>vs.<br><br>United States Forest Service, *et al*.,<br><br>Defendants. | NO. CV-21-00068-PHX-DWL<br><br>**JOINT STATUS REPORT** |

1    Pursuant to this Court's Order (ECF No. 47), Plaintiff and Federal Defendants
2  submit the following Joint Status Report concerning the Final Environmental Impact
3  Statement ("FEIS") and Draft Record of Decision ("DROD") for the Resolution Copper
4  Project and Land Exchange:[1]

5    As the Court is aware, the Forest Service has rescinded the challenged FEIS and
6  DROD.  The Land Exchange for the Resolution Copper Project continues to remain on
7  hold until the FEIS is re-published.  Federal Defendants rescinded the FEIS and DROD
8  "in order to reinitiate consultation with Tribes and ensure impacts have been fully
9  analyzed."  ECF No. 36 at 1.

10    The Department reports that it is continuing to be engaged in its review of the
11 consultation record, and environmental and other associated documents, to ensure
12 compliance with applicable laws, regulations, and policies.  The Department has not yet
13 identified a timeframe for completing this broad review and additional steps required by
14 the Southeast Arizona Land Exchange and Conservation Act (SALECA).

15    Plaintiff  maintains that meaningful consultation has not occurred and remains in
16 limbo, despite the Plaintiff's interests in the issues raised by the FEIS, especially in light
17 of a sharply critical report by the Bureau of Land Management on shortcomings of the
18 FEIS (June 13, 2022), and a comment from the Advisory Council for Historic
19 Preservation (March 29, 2021) that details certain failures by Defendant to follow the
20 requirements of Section 106 of the National Historic Preservation Act.  The Department
21 has yet to provide a response to Plaintiff despite numerous requests by Plaintiff.  In a
22 letter to the Department, dated August 18, 2023, Plaintiff proposed that the parties enter
23 into an agreement for consultation together with a schedule that provides the parties an
24 opportunity to engage in consultation on the issues outstanding with the FEIS.  On
25 September 1, 2023, Defendant requested "additional time to thoroughly review the

---

[1] Counsel for Resolution has stated to counsel for Plaintiff and Federal Defendants that Resolution does not concede that Federal Defendants had authority under the NDAA to rescind publication of the FEIS.  Resolution is not a party to this status report.

1

1  [Plaintiff's] letter and the recommendations provided." Plaintiff and Defendant look
2  forward to engaging in meaningful consultation.
3      In accordance with the Court's Order, Defendants will provide 60 days' notice to
4  Plaintiff's counsel, the public, and this Court before any future FEIS and DROD for the
5  subject Land Exchange and Project is issued. The Parties will provide another Joint
6  Status Report in twelve weeks.

8      Submitted this 2nd day of October, 2023,

    TODD KIM
    Assistant Attorney General
    U.S. Department of Justice
    Environment & Natural Resources Division

    */s/ Erika Norman*
    Tyler Alexander
    Erika Norman
    Trial Attorneys
    Natural Resources Section
    150 M St. NE, Third Floor
    Washington, D.C. 20002
    (202) 598-3314 (Alexander)
    (202) 305-0475 (Norman)
    Tyler.alexander@usdoj.gov
    Erika.norman@usdoj.gov

    *Attorneys for Federal Defendants*

    */s/ Alexander B. Ritchie*
    Alexander B. Ritchie (AZBN 019579)
    Attorney General
    E-m: Alex.ritchie@scat-nsn.gov

    */s/ Justine Jimmie*
    Justine Jimmie (AZBN 019148)
    Deputy Attorney General
    E-m: Justine.jimmie@scat-nsn.gov

    */s/ Chase A. Velasquez*
    Chase A. Velasquez (NMBN 148294)

Assistant Attorney General (pro hac vice)
E-m: chase.velasquez@scat-nsn.gov
San Carlos Apache Tribe
Department of Justice
Post Office Box 40
San Carlos, Arizona 85550
Tel. (928) 475-3344

*Attorneys for Plaintiff*