Christopher D. Thomas (#010482)
Andrea J. Driggs (#023633)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone:   602.351.8000
Facsimile:   602.648.7000
cthomas@perkinscoie.com
adriggs@perkinscoie.com
docketPHX@perkinscoie.com

*Attorneys for Defendant-Intervenor*
*Resolution Copper Mining, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| San Carlos Apache Tribe, a federally recognized Tribe, | No. CV-21-0068-PHX-JZB |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| United States Forest Service, an agency in the U.S. Department of Agriculture; Neil Bosworth, Supervisor of the Tonto National Forest; Tom Torres, Acting Forest Supervisor of the Tonto National Forest, | |
| Defendants. | |
| Resolution Copper Mining, LLC, | |
| Defendant-Intervenor. | |

PLEASE TAKE NOTICE that, effective April 1, 2024, the Phoenix office address for Perkins Coie LLP and the following attorneys will change to:

Christopher D. Thomas
Andrea J. Driggs
PERKINS COIE LLP
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016

The Court and all counsel and parties are hereby requested to make note of this change and send all notices, orders, pleadings, and other communications concerning the

1    above-captioned matter to the new address. Individual attorneys' email addresses are

2    unchanged and the firm's local telephone and fax numbers will remain the same: 602-351-

3    8000 (telephone) and 602-648-7000 (fax).

Dated:  March 18, 2024                   **PERKINS COIE LLP**

By:/s/ *Christopher D. Thomas*
         Christopher D. Thomas
         Andrea J. Driggs
         2901 North Central Avenue, Suite 2000
         Phoenix, Arizona 85012-2788

*Attorneys for Defendant-Intervenor*
*Resolution Copper Mining, LLC*

**CERTIFICATE OF SERVICE**

☒     I hereby certify that on March 18, 2024, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:


Alexander B. Ritchie, Attorney General
Justine R. Jimmie
Chase A. Velasquez
San Carlos Apache Tribe
Department of Justice
P.O. Box 40
San Carlos, Arizona 85550

*Attorneys for Plaintiff*

Tyler Alexander
Erika Norman
U.S Department of Justice
Environment & Natural Resources Division
150 M St. NE, Third Floor
Washington, D.C. 20002

*Attorneys for Federal Defendants*

/s/ *Shawne Murphy*

165919262.1