**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| San Carlos Apache Tribe,<br><br>            Plaintiff,<br>     v.<br><br>United States Forest Service, et al.,<br><br>            Defendants,<br><br>     v.    Resolution Copper Mining, LLC. | NO. CV-21-00068-PHX-DWL<br><br>**[PROPOSED] ORDER GRANTING JOINT UNOPPOSED MOTION BY DEFENDANTS TO EXTEND TIME TO ANSWER SECOND AMENDED COMPLAINT** |
| Arizona Mining Reform Coalition, et al.,<br><br>            Plaintiffs,<br>     v.<br><br>United States Forest Service, et al.,<br><br>            Defendants,<br><br>     v.    Resolution Copper Mining, LLC. | NO. CV-21-00122-PHX-DWL<br><br>**[PROPOSED] ORDER GRANTING JOINT UNOPPOSED MOTION BY DEFENDANTS TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT** |

Before the Court is Federal Defendants' and Resolution Copper Mining, LLC's (together, "Defendants") Joint Unopposed Motion for an extension of time to file their answers to the amended complaints.

Good cause having been shown, the Court GRANTS the Motion.

Defendants' Answer to the Second Amended Complaint in the *San Carlos Apache Tribe Case* and Defendants Answer to the First Amended Complaint in the *Arizona Mining Reform Coalition Case* shall both be filed thirty days after the Court issues a decision on the Plaintiffs' renewed preliminary injunction motions in those cases.

IT IS SO ORDERED.

The Honorable Dominic W. Lanza
United States District Judge