DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge: Dominic W. Lanza** | **Date: August 6, 2025** |
| **Case Number: CV-21-00068-PHX-DWL** <br> **and CV-21-00122-PHX-DWL** | |
| **San Carlos Apache Tribe v. United States Forest Service et al** <br> **Arizona Mining Reform Coalition v. United States Forest Service et al** | |

| APPEARANCES: | Plaintiffs Counsel | Defendants Counsel and Intervenor Defendant Counsel |
|---|---|---|
| | Bernardo Velasco | Erika Norman |
| | Alexander Ritchie | Michael Huston |
| | Joe Sparks | Christopher Thomas |
| | Steve Titla | Janet Howe |
| | Roger Flynn | Samantha Burke |
| | Susan Montgomery | |
| | Marc Fink | |
| | Allison Henderson | |

**PRELIMINARY INJUNCTION HEARING:**

10:50 a.m. This is the time set for Preliminary Injunction Hearing (Docs. 105 and 87). Counsel for Plaintiff in CV-21-00068-PHX-DWL presents argument. Counsel for Plaintiffs in CV-21-00122-PHX-DWL presents argument. 12:00 p.m. Recess.

1:10 p.m. Reconvene. Counsel and parties present. Counsel for Plaintiffs in CV-21-00122-PHX-DWL continues to present argument. Counsel for Defendants presents argument. 2:59 p.m. Recess.

3:17 Reconvene. Counsel and parties present. Counsel for Intervenor Defendant presents argument. Counsel for Plaintiff in CV-21-00068-PHX-DWL presents further argument. Counsel for Plaintiffs in CV-21-00122-PHX-DWL presents further argument. Counsel for all Plaintiffs advise the Court of their intention to seek a stay should their motions be denied. IT IS ORDERED taking these matters under advisement.

Deputy Clerk: Sara Quinones
Court Reporter: Cathy Taylor

**Start: 10:50 AM**
**Stop: 4:55 PM**
**Total: 4 hours and 37 minutes**